NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROLLAND MARSHALL,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7071

---

Appeal from the United States Court of Appeals for Veterans Claims in 09-4778, Judge Robert N. Davis.

---

## ON MOTION

---

## ORDER

Rolland Marshall moves for a 30-day extension of time, until July 9, 2012, to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

**JUN 1 5 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael D.J. Eisenberg, Esq.
    Shari A. Rose, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 5 2012

JAN HORBALY
CLERK